# Third District Court of Appeal

## State of Florida

Opinion filed April 13, 2022.

_____

No. 3D21-1169
Lower Tribunal No. 18-6246

_____

**Citizens Property Insurance Corporation,**
Appellant,

vs.

**Amiel Aviman,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Franklin Legal Group, P.A., and Jonathan D. Franklin, for appellant.

Giasi Law, P.A., and Erin M. Berger and Melissa A. Giasi (Tampa), for appellee.

Before EMAS, HENDON and BOKOR, JJ.

PER CURIAM.

Based on the confession of error by the appellee, Amiel Aviman, we vacate the final summary judgment order and order denying the motion for rehearing and remand the matter to the trial court for further proceedings.

Reversed and remanded.